UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-08035-SVW<br>USBC Central District of California Santa Barbara,<br>9:15-bk-11523-PC | Date | October 28, 2015 |
|---|---|---|---|
| Title | In Re Dana Anne Smith | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs:<br>N/A | Attorneys Present for Defendants:<br>N/A | |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

  Each party must comply with all applicable rules of the Federal Rules of Bankruptcy Procedure. As provided in said rules, within fourteen days after filing the notice of appeal, Appellant must file the following with the Clerk of the Bankruptcy Court:

  A designation of record
  A statement of issues on appeal
  A notice regarding the ordering of transcripts

  After the designated record is complete, the Clerk of the Bankruptcy Court will certify its completion by sending a Certificate of Readiness to the Clerk of the District Court. The latter will then issue the briefing schedule which will specify time deadlines for the filing of briefs.

  The file in this case lacks the papers that would show it is being timely prosecuted. Accordingly, the Court, on its own motion, hereby orders appellant to show cause in writing no later than November 12, 2015 why this action should not be dismissed for lack of prosecution.

| | : |
|---|---|
| Initials of Preparer | PMC |